UNITED STATES DISTRICT COURT
WESTERN DISRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

26-MC-6002

THE APPROXIMATE SUM OF $88,624.00
UNITED STATES CURRENCY SEIZED
FROM 2651 ANGLING ROAD, MEDINA,
NEW YORK;

THE APPROXIMATE SUM OF $8,004.00
UNITED STATES CURRENCY SEIZED FROM
409 MAIN STREET, MEDINA, NEW YORK;

THE SUM OF $27,151.76 UNITED STATES CURRENCY
SEIZED FROM TOMPKINS COMMUNITY BANK
ACCOUNT NO. XXXXX7365, HELD IN THE NAME OF
HIGHER PURPOSE, INC.; AND

THE SUM OF $5,169.96 UNITED STATES CURRENCY
SEIZED FROM TOMPKINS COMMUNITY BANK
ACCOUNT NO. XXXXXX5389, HELD IN THE NAME OF
MITCHELL A. KWANDRANS.

                        Defendants *in rem*.

_____

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED AND AGREED upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and George V. Muscato, Esq., counsel for putative claimant, MITCHELL KWANDRANS, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the following property is extended from April 7, 2026 to July 6, 2026:

- The approximate sum of $88,624.00 U.S. Currency;

- The approximate sum of $8,004.00 U.S. Currency;

- The sum of $27,151.76 U.S. Currency seized from Tompkins Community Bank Account No. -7365, held in the name of Higher Purpose, Inc.; and

- The sum of $5,169.96 U.S. Currency, from Tompkins Community Bank Account No. -5389, held in the name of Mitchell A. Kwandrans,

(hereinafter referred to as "Seized Currency").

The parties to this Stipulation further agree that the putative claimant may revoke his consent to extend the time for the government to file its Verified Complaint for Forfeiture against the Seized Currency in writing, and in that event, the government shall then have twenty -one (21) days from the date the government received notice of revocation of consent to file its Verified Complaint for Forfeiture.

A party's electronic signature, DocuSign signature, or e-mailed signature on this Stipulation will be valid and sufficient to bind any such party to this Stipulation and will have the same force and effect as an original signature.

MICHAEL DIGIACOMO
United States Attorney

Dated: April 3, 2026

By:    MARY CLARE KANE
Assistant United States Attorney

Dated: April 3 , 2026

GEORGE V. MUSCATO, ESQ.
Attorney for Putative Claimant
MITCHELL KWANDRANS